# Order

Michigan Supreme Court
Lansing, Michigan

May 25, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

151610 & (84)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

            SC: 151610
            COA: 317633
            Macomb CC: 2011-003548-FH

VINCENT RALPH BOSCA,
    Defendant-Appellant.

_____/

   By order of December 23, 2015, the application for leave to appeal the March 26, 2015 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Temelkoski* (Docket No. 150643). On order of the Court, the case having been decided on January 24, 2018, 501 Mich ___ (2018), the application is again considered and, it appearing to this Court that the cases of *People v Tucker* (Docket No. 152798) and *People v Snyder* (Docket No. 153696) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.

   The motion to remand remains pending.

   VIVIANO, J., not participating because he presided over this case in the circuit court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2018
                  

a0516                 Clerk